IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IN THE MATTER OF:
PERMITTING PHOTOGRAPHY
AND OTHER ELECTRONIC EQUIPMENT
IN A UNITED STATES COURTHOUSE

23-MC-00004-20

## ORDER

**IT IS HEREBY ORDERED** that cameras, photography, audio, and videography equipment be allowed in order to take photographs and/or videotape the Naturalization Ceremony being held at the following United States Courthouse:

Pete V. Domenici United States Courthouse, 333 Lomas Blvd NW, Albuquerque, NM, from *10:00 a.m. to 12:00 p.m. on Thursday, October 26, 2023*, in the Vermejo Courtroom on the fourth floor.

Judge Browning is presiding over the Naturalization Ceremony.

**Use of electronic equipment will not be allowed outside of these guidelines.**

**DONE** this 24th day of October, 2023.

FOR THE COURT:

_____
JAMES O. BROWNING
UNITED STATES DISTRICT JUDGE