# DESIGNATION OF A DISTRICT JUDGE
# FOR SERVICE IN ANOTHER DISTRICT
# WITHIN THE TENTH CIRCUIT

Pursuant to the provisions of Title 28, United States Code § 292(b), I designate and assign United States District Judge William P. Johnson of the District of New Mexico to hold court in the United States District Court for the District of Colorado on case number 23-CV-1844, *Eyoel-Dawit Matios v. City of Loveland, et al.*, effective immediately.

Copies of this designation shall be furnished to the designee Judge and Chief Judges and Clerks of the respective Districts.

09.28.2023
Date

Jerome A. Holmes, Chief Judge
United States Court of Appeals
for the Tenth Circuit